Opinion issued May 15, 2006














In The
Court of Appeals
For The
First District of Texas
____________

NO. 01-06-00100-CR
____________

CATHY GIR0UAID, Appellant

V.

THE STATE OF TEXAS, Appellee




On Appeal from the 263rd District Court
Harris County, Texas
Trial Court Cause No. 1048069



 
MEMORANDUM OPINION
           On May 11, 2006, appellant filed a motion to dismiss the above-referenced
appeal. The motion complies with the Texas Rules of Appellate Procedure. See Tex.
R. App. P. 42.2(a).

          We have not yet issued a decision. Accordingly, the motion is granted and the
appeal is dismissed. 

          The Clerk of this Court is directed to issue the mandate. Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Justices Keyes, Alcala, and Bland.

Do not publish. Tex. R. App. P. 47.2(b).